STATE v. BULLOCK

No. 445P02-2

Case below: 154 N.C. App. 234

Motion by Attorney General for temporary stay allowed 18 December 2002.

STATE v. CALLOWAY

No. 576P02

Case below: 153 N.C. App. 524

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. CARTER

No. 319A93-3 and 4

Case below: Durham County Superior Court
            Richmond County Superior Court

Motion by Attorney General to vacate the stay of execution allowed 6 December 2002. Petition by Attorney General for writ of certiorari to review the order of the Superior Court, Durham County denied 6 December 2002. Petition by Attorney General for writ of prohibition allowed 6 December 2002. Petition by defendant for writ of supersedeas denied 9 December 2002. Petition by defendant for writ of certiorari to review the order of the Superior Court, Rockingham County, denied 9 December 2002. Motion by defendant for stay of execution denied 9 December 2002.

STATE v. CHAPPELL

No. 9P01-3

Case below: 124 N.C. App. 671

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002. Justice Martin recused.